ACCEPTED
12-15-00102-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/3/2015 1:29:51 PM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/3/2015 1:29:51 PM
CATHY S. LUSK
Clerk

1007 Grant Avenue • Lufkin, Texas 75901
(936) 632-1609 telephone • (936) 632-1640 facsimile
tessabellus@yahoo.com

June 3, 2015

Cathy S. Lusk, Clerk
Twelfth Court of Appeals
Tyler, Texas
Via electronic filing

Re:  Appeal Court Cause No. 12-15-00102-CR; David Dailey v. State of Texas
     Trial Court Cause No. 2014-0700; State of Texas v. David Dailey

Dear Ms. Lusk:

Attached, please find the Order appointing me as attorney for appeal for Mr. David Dailey in the above referenced appeal. Please update your records to reflect this change and forward any future notifications to me at the e-mail address listed above.

Sincerely,

John D. Reeves
JDR/jsn
*attachment*